| | | |
|---|---|---|
| KATHRYN ZAPOLSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHELLE A. KING, | ) | 2:24-CV-48-BO-KS |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for further proceedings.

**This judgment filed and entered on February 10, 2025, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Lee Kouvousis (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)


February 10, 2025

                                                  PETER A. MOORE, JR., CLERK

                                           /s/ Lindsay Stouch
                                         By: Deputy Clerk